# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**HELEN DANGELES,**
Appellant,

v.

**DAVID A. COURY** a/k/a
**DAVID ANTHONY COURY,** an individual**,**
Appellee.

No. 4D18-3708

[November 21, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cymonie S. Rowe, Judge; L.T. Case No. 502017CA006635XXXXMB.

Chad R. Laing of Laing & Weicholz, P.L., Boca Raton, for appellant.

Daren Rubenfeld of Law Offices of Daren Rubenfeld, P.A., Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, KLINGENSMITH and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***